**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**


**DELOIS S. BLAND**                                                                                      **PLAINTIFF**

**VS.**                                            **CASE NO: 3:19-CV-088-DMB-JMV**


**WAL-MART ASSOCIATES, INC.**                                                        **DEFENDANT**

---

## ORDER

---

Before the Court is Plaintiff's *pro se* "Motion to Stay." Despite its title Plaintiff's "motion" offers no basis for a stay of proceedings and does not seek any relief from the Court. Accordingly, the motion is terminated.

**SO ORDERED** this 3rd day of June, 2019.


                                                        /s/ Jane M. Virden
                                                        U.S. MAGISTATE JUDGE